**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **STATE OF CALIFORNIA, et al.** |  |
| *Plaintiffs*, |  |
| **v.** | **Civil Action No.: _____** |
| **ROBERT F. KENNEDY, JR., et al.,** |  |
| *Defendants.* |  |

## DECLARATION OF ALLYSON SLATER

I, Allyson Slater, an attorney admitted to practice before this Court, do hereby state the following under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.      I am the Director of the Reproductive Justice Unit in the Office of the Attorney General for the Commonwealth of Massachusetts, and I appear on behalf of the Commonwealth of Massachusetts in this action.

2.      I submit this declaration in support of Plaintiff States' Complaint for Declaratory and Injunctive Relief.

3.      The facts set forth herein are based upon my personal knowledge or a review of the files in my possession.

4.      Attached hereto as Exhibit A is a true and correct copy of the April 11, 2025 Comment Letter to Administrator Mehmet Oz submitted by Jessica Altman of Covered California.

5.      Attached hereto as Exhibit B is a true and correct copy of the April 11, 2025 Comment Letter to Secretary Robert F. Kennedy, Jr. and Administrator Oz submitted by Jason

1

Levitis of the Urban Institute, Christen Linke Young of the Brookings Institution, and Sabrina Corlette of Georgetown University.

6.      Attached hereto as Exhibit C is a true and correct copy of the April 11, 2025 Comment Letter on Proposed Rule: Patient Protection and Affordable Care Act: Marketplace Integrity an Affordability submitted by the Attorneys General of California, Massachusetts, New Jersey, Arizona, Colorado, Connecticut, the District of Columbia, Delaware, Hawai'i, Illinois, Maine, Maryland, Michigan, Minnesota, Nevada, New Mexico, New York, Oregon, Rhode Island, Vermont, Washington, and Wisconsin.


Dated:          July 17, 2025
                Boston, MA


                                        */s/ Allyson Slater*
                                        Allyson Slater
                                        Director, Reproductive Justice Unit
                                        Office of the Attorney General

## <u>CERTIFICATE OF SERVICE</u>

    I, Allyson Slater, certify that counsel for or on behalf of plaintiffs have submitted the foregoing document with the clerk of court for the District of Massachusetts, using the electronic case filing system of the Court. Counsel for Plaintiffs hereby certify that they have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

                <u>/s/ *Allyson Slater*</u>
                Allyson Slater
                Director, Reproductive Justice Unit
                Office of the Attorney General