UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., et al.,<br><br>*Defendants.* | Civil Action No.: 25-cv-12019 |

**PLAINTIFF STATES' MOTION FOR A**
**PRELIMINARY INJUNCTION AND STAY**

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure and 5 U.S.C. § 705, Plaintiffs hereby move this Court to preliminarily enjoin Defendants from implementing or enforcing the challenged provisions of the Final Rule entitled *Patient Protection and Affordable Care Act; Marketplace Integrity and Affordability*, 90 Fed. Reg. 27074 (June 25, 2025), and to stay the effective date of these same provisions, as against Plaintiffs, pending a final ruling on the merits of this case. The grounds for this motion are set forth in Plaintiffs' accompanying memorandum of law in support of their motion, and the challenged provisions are set forth in the proposed order attached as an exhibit to this motion.

July 17, 2025

**ANDREA JOY CAMPBELL**
Attorney General
Commonwealth of Massachusetts

 /s/ Allyson Slater
ALLYSON SLATER (BBO No. 704545)
Director, Reproductive Justice Unit
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2811
Allyson.slater@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

**ROB BONTA**
Attorney General
State of California

/s/ Sean C. McGuire
SEAN C. MCGUIRE*
Deputy Attorney General
NELI PALMA*
Senior Assistant Attorney General
KATHLEEN BOERGERS*
Supervising Deputy Attorney General
NIMROD PITSKER ELIAS*
CRYSTAL ADAMS*
HILARY BURKE CHAN*
*Deputy Attorneys General*
600 West Broadway, Suite 1800
San Diego, CA 92101
(619) 738-9543
Sean.McGuire@doj.ca.gov
*Attorneys for Plaintiff State of California*

Respectfully submitted,

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

/s/ Mayur P. Saxena
JEREMY M. FEIGENBAUM*
Solicitor General
MAYUR P. SAXENA*
Assistant Attorney General
JOSHUA P. BOHN*
MONICA E. FINKE*
BASSAM F. GERGI*
VIVIANA M. HANLEY
BRYCE K. HURST*
AMANDA I. MOREJÓN
MEGHAN K. MUSSO*
ESTEFANIA PUGLIESE-SAVILLE *
Deputy Attorneys General
Office of the Attorney General
25 Market Street
Trenton, NJ 08625
(609) 969-5365
Mayur.Saxena@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

**KRISTIN K. MAYES**
Attorney General
State of Arizona

/s/ Joshua Nomkin
JOSHUA NOMKIN*
LAUREN WATFORD*
Office of the Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-3333
Joshua.Nomkin@azag.gov
Lauren.Watford@azag.gov
*Attorneys for Plaintiff State of Arizona*

2

| | |
|---|---|
| **PHILIP J. WEISER**<br>Attorney General<br>State of Colorado<br><br>*/s/ David Moskowitz*<br>DAVID MOSKOWITZ\*<br>Deputy Solicitor General<br>Colorado Department of Law<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>Phone: (720) 508-6000<br>david.moskowitz@coag.gov<br>*Attorneys for Plaintiff State of Colorado* | **WILLIAM TONG**<br>Attorney General<br>State of Connecticut<br><br>*/s/ Janelle Medeiros*<br>JANELLE MEDEIROS\*<br>Special Counsel for Civil Rights<br>165 Capitol Ave<br>Hartford, CT 06106<br>(860) 808-5450<br>Janelle.Medeiros@ct.gov<br>*Attorneys for Plaintiff State of Connecticut* |
| **KATHLEEN JENNINGS**<br>Attorney General<br>State of Delaware<br><br>/s/ *Vanessa L. Kassab*<br>IAN R. LISTON\*<br>Director of Impact Litigation<br>VANESSA L. KASSAB\*<br>DAVID WEINSTEIN\*<br>Deputy Attorneys General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br>vanessa.kassab@delaware.gov<br>*Attorneys for Plaintiff State of Delaware* | **KWAME RAOUL**<br>Attorney General<br>State of Illinois<br><br>*/s/ Alice L. Riechers*<br>SARAH J. NORTH\*<br>*Deputy Chief, Public Interest Division*<br>ALICE L. RIECHERS\*<br>*Assistant Attorney General, Special Litigation Bureau*<br>Office of the Illinois Attorney General<br>115 S. LaSalle Street<br>Chicago, IL 60603<br>312-814-3000<br>Sarah.North@ilag.gov<br>Alice.Riechers@ilag.gov<br>*Attorneys for Plaintiff State of Illinois* |
| **AARON M. FREY**<br>Attorney General<br>State of Maine<br><br>*/s/ Lauren LaRochelle*<br>LAUREN LAROCHELLE\*<br>Assistant Attorney General<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333-0006<br>Tel.: 207-626-8800<br>Lauren.LaRochelle@maine.gov<br> *Attorneys for Plaintiff State of Maine* | **ANTHONY G. BROWN**<br>Attorney General<br>State of Maryland<br><br>*/s Michael Drezner*<br>MICHAEL DREZNER\*<br>Senior Assistant Attorney General<br>Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>410-576-6959<br>Mdrezner@oag.state.md.us<br>*Attorneys for Plaintiff State of Maryland* |

| | |
|---|---|
| **DANA NESSEL**<br>Attorney General<br>State of Michigan<br><br>*/s/ Carl Hammaker*<br>CARL HAMMAKER (P81203)*<br>AARON LEVIN (P81310)*<br>Assistant Attorneys General<br>Michigan Department of Attorney General<br>525 W. Ottawa St.<br>Lansing, MI 48933-1067<br>517.335.7573<br>hammakerc@michigan.gov<br>levina@michigan.gov<br>*Attorneys for Plaintiff State of Michigan* | **KEITH ELLISON**<br>Attorney General<br>State of Minnesota<br><br>*/s/ Lindsey E. Middlecamp*<br>LINDSEY E. MIDDLECAMP*<br>Special Counsel, Rule of Law<br>445 Minnesota Street, Suite 600<br>St. Paul, Minnesota, 55101<br>(651) 300-0711<br>Lindsey.middlecamp@ag.state.mn.us<br>*Attorneys for Plaintiff State of Minnesota* |
| **RAÚL TORREZ**<br>Attorney General<br>State of New Mexico<br><br>*/s/ Aletheia V.P. Allen*<br>ALETHEIA V.P. ALLEN*<br>Solicitor General<br>LAWRENCE M. MARCUS*<br>Assistant Solicitor General<br>New Mexico Department of Justice<br>201 Third St. NW, Suite 300<br>Albuquerque, NM 87102<br>505-527-2776<br>aallen@nmdoj.gov<br>*Attorneys for Plaintiff State of New Mexico* | **AARON D. FORD**<br>Attorney General<br>State of Nevada<br><br>*/s/ Heidi Parry Stern*<br>HEIDI PARRY STERN (Bar. No. 8873)<br>Solicitor General<br>Office of the Nevada Attorney General<br>1 State of Nevada Way, Ste. 100<br>Las Vegas, NV 89119<br>HStern@ag.nv.gov<br>*Attorneys for Plaintiff State of Nevada* |
| **LETITIA JAMES**<br>Attorney General<br>State of New York<br><br>*/s/ Stephen Thompson*<br>STEPHEN C. THOMPSON*<br>Special Counsel<br>ANDRES IVAN NAVEDO*<br>Assistant Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>(212) 416-6183<br>stephen.thompson@ag.ny.gov<br>*Attorneys for Plaintiff State of New York* | **DAN RAYFIELD**<br>Attorney General<br>State of Oregon<br><br>*/s/ Scott P. Kennedy*<br>SCOTT P. KENNEDY*<br>Senior Assistant Attorney General<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>Tel (971) 453-9050<br>Fax (971) 673-5000<br>Scott.Kennedy@doj.oregon.gov<br>*Attorneys for Plaintiff State of Oregon* |

**JOSH SHAPIRO**
in his official capacity as Governor of the Commonwealth of Pennsylvania

JENNIFER SELBER
General Counsel

*/s/ Aimee D. Thomson*
AIMEE D. THOMSON*
Deputy General Counsel
Pennsylvania Office of the Governor
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
(223) 234-4986
*aimeethomson@pa.gov*
*Counsel for Governor Josh Shapiro*

**CHARITY R. CLARK**
Attorney General
State of Vermont

*/s/ Jonathan T. Rose*
JONATHAN T. ROSE*
Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-3171
 Jonathan.rose@vermont.gov
  *Attorneys for Plaintiff State of Vermont*

**JOSHUA L. KAUL**
Attorney General
State of Wisconsin

*/s/ Jody J. Schmelzer*
JODY J. SCHMELZER*
Assistant Attorney General
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-3094
jody.schmelzer@wisdoj.gov
*Attorneys for Plaintiff State of Wisconsin*

**PETER F. NERONHA**
Attorney General
State of Rhode Island

*/s/ Julia Harvey*
JULIA HARVEY (RI Bar No. 10529)*
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2103
jharvey@riag.ri.gov
*Attorneys for Plaintiff State of Rhode Island*

**NICHOLAS W. BROWN**
Attorney General
State of Washington

*/s/ William McGinty*
WILLIAM MCGINTY, WSBA 41868*
Deputy Solicitor General
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
William.McGinty@atg.wa.gov
360-709-6027
*Attorneys for Plaintiff State of Washington*

5

## LOCAL RULE 7.1 CERTIFICATE

I certify that on July 17, 2025, at 11:46 a.m., I contacted Diane Kelleher, Director, Federal Programs Branch, U.S. Department of Justice (diane.kelleher@usdoj.gov), Rayford Farquhar, Chief, Defensive Litigation, Civil Division, U.S. Attorney's Office for the District of Massachusetts (rayford.farquhar@usdoj.gov), Abraham George (abraham.george@usdoj.gov), and Brad Rosenberg (brad.rosenberg@usdoj.gov) by email in an attempt to meet and confer regarding the foregoing request for relief. Eric Beckenhauer (Eric.Beckenhauer@usdoj.gov) responded on behalf of Defendants. Plaintiffs and Defendants have met and conferred in good faith and have been unable to resolve or narrow the subject of this Motion.

/s/ *Allyson Slater*

ALLYSON SLATER (BBO No. 704545)
Director, Reproductive Justice Unit
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2811
Allyson.slater@mass.gov

*Counsel for the Commonwealth of Massachusetts*

## CERTIFICATE OF SERVICE

      I, Allyson Slater, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

      /s/ Allyson Slater
Allyson Slater (BBO No. 704545)
*Counsel for the Commonwealth of Massachusetts*