EXHIBIT 2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., et al.,<br><br>*Defendants.* | Civil Action No.: 25-12019 |

## DECLARATION OF JEFFERY TEGEN

I, Jeffery Tegen, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge:

1. I am the Fiscal Integrity Program Review and Reform Administrator at the Arizona Health Care Cost Containment System (AHCCCS) Administration located in Arizona.

2. AHCCCS is Arizona's Medicaid agency that offers health care programs to serve Arizona residents who meet certain income and other requirements. AHCCCS's mission is to help Arizonans live healthier lives by ensuring access to quality healthcare across all Arizona communities.

3. AHCCCS is the largest insurer in Arizona, covering approximately 1,971,678 individuals. It uses federal, state, county, and other funds to provide health care coverage to the State's Medicaid population.

4. I am familiar with the information in the statements set forth below through personal knowledge and from documents and information that have been provided to and reviewed by me.

5. I submit this Declaration in support of the States' Motion for a Preliminary Injunction.

## Increased Costs to the State and Worsening Public Health Outcomes

6. The Final Rule acknowledges that the changes it makes will result in a decrease in enrollment in the Affordable Care Act ("ACA") marketplace exchanges of up to 1.8 million people nationwide. *See* 90 Fed. Reg. 27212.

7. Decreased enrollment under the Final Rule could cause enrollment in Arizona's Medicaid program to increase, thereby increasing costs to the state to administer this program and provide health coverage.

8. In Arizona, all hospitals are required to treat patients presenting in their emergency departments, regardless of the patient's ability to pay. *See, e.g.*, A.R.S. § 20-2803(C); *Thompson v. Sun City Comm. Hosp., Inc.*, 141 Ariz. 597, 602 (1984) ("[A]s a matter of public policy, licensed hospitals in this state are required to accept and render emergency care to all patients who present themselves in need of such care."). Arizona offsets some of the costs that eligible hospitals sustain as a result of this requirement through Disproportionate Share Hospital (DSH) payments, administered by AHCCCS, and funded through intergovernmental agreements with state and local governments and entities. *See* A.R.S. § 36-2903.01(O). Any decrease in marketplace enrollment will cause an increase in unrecovered costs and thereby increase state and local expenses.

9. The Final Rule is also detrimental to Arizona's public health. Uninsured individuals who lack access to affordable, adequate health insurance are less likely to seek preventive care or attend routine health screenings, and may delay necessary medical care due to prohibitive costs.

10. Decreased access to adequate and affordable health care could mean infectious diseases spread more widely and rapidly with those affected not seeking care due to being uninsured or underinsured.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of July 2025, in Phoenix, Arizona.

*Jeffery Tegen* _____

Jeffery Tegen
Fiscal Integrity Program Review and
Reform Administrator
AHCCCS
Paper document bears an original
signature