# EXHIBIT 19

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., et al.,<br><br>*Defendants*. | Civil Action No.: 25-12019 |

## DECLARATION OF COLIN BAILLIO

I, Colin Baillio, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am the Health Care Coverage Innovations Director at the New Mexico Health Care Authority. I received my BA from the University of New Mexico in 2013 and have five years of experience in state government and over ten years of experience in health insurance policy. I have been employed as the Health Care Coverage Innovations Director since September of 2024. Prior to my current position, I served as the Deputy Superintendent of Insurance and the Coverage Affordability and Expansion Director at the New Mexico Office of Superintendent of Insurance (OSI). I also serve on the Board of Directors for BeWell, New Mexico's Health Insurance Marketplace, and have served on the Board in various capacities in the past, including as a representative for OSI and as a consumer representative.

2. The New Mexico Health Care Authority operates several state-funded affordability programs to ensure New Mexicans have access to quality, affordable health coverage. The Authority is also the state agency that administers the state's Medicaid program, Turquoise Care. Since the State's affordability programs have gone into effect, enrollment in Qualified Health

Plans has nearly doubled. Affordable coverage helps previously uninsured New Mexicans get the care they need and have better financial security.

3. I am familiar with the information in the statements set forth below through personal knowledge and from documents and information that have been provided to and reviewed by me.

4. I submit this Declaration in support of the States' Motion for a Preliminary Injunction.

### *Introduction*

1. New Mexico's Health Insurance Marketplace was established by the state legislature in 2013. Until 2022, New Mexico used a hybrid model, leveraging the federal platform for individual market enrollment while conducting outreach, enrollment assistance, and other operations at the state level. The State Based Exchange (SBE) launched in 2022. Then, in 2023, state-funded subsidies began providing even more affordable coverage for members. Today, more than 73,000 New Mexicans rely on BeWell for their coverage, the highest level of enrollment ever recorded.

2. When BeWell, New Mexico's Health Insurance Marketplace, was established in 2013, our state's uninsured rate was approximately 22.6%. As of 2022, our state's uninsured rate has dropped to 10.6%, according to the United States Census.

3. Our SBE has established a competitive market, a robust risk pool, and currently includes four health insurance plan issuers and two dental plan issuers.

4. The flexibility that the U.S. Department of Health and Human Services (HHS) and the Centers from Medicare and Medicaid Services (CMS) have afforded SBEs in operating our unique marketplaces has allowed us to implement innovative policies which make it easier for consumers to enroll in more generous plans at low or no cost. For example, New Mexico offers enhanced premium and out-of-pocket assistance to members, provides innovative renewal policies to maximize savings for members, and maximizes enrollment opportunities for low-income state residents.

*Enrollment Period Changes*

5. As an SBE, BeWell has maintained a longer Open Enrollment Period (OEP) than the Federally-Facilitated Exchange (FFE), running from November 1 through January 15. According to joint comments submitted by the Health Care Authority, Office of Superintendent of Insurance, and BeWell,

> In BeWell's most recent enrollment cycle, a substantial portion of consumers enrolled during the final weeks of the OEP: in Open Enrollment 2024, 56% of new BeWell consumers enrolled between December 16, 2024, and January 15, 2025—an increase from 43% during that same timeframe in the previous year. Additionally, greater proportions of younger consumers enroll in their coverage in the second half of OEP; in OEP 2024, nearly two-thirds (65%) of all children under 18 with BeWell coverage, along with 56% of all enrollees aged 18 to 34, were enrolled after December 15. In contrast, more than half (52%) of all enrollees aged 55 to 64 enrolled before December 15. Allowing states to retain the flexibility to set the terms for their OEP is essential for effectively serving states' consumers… This change could also impact BeWell's broader partner network, including certified agents, brokers, and assisters. In previous OEPs, they have observed increased activity during the final weeks as consumers seek assistance. A compressed timeline may exacerbate this issue, leading to errors, consumer confusion, abrupt designation and de-designation of agents of record, and enrollment disruptions. Moreover, the increased enrollment volume in a shorter timeframe could elevate the risk and impact of system or human errors, undetected fraud, and technical issues. A longer OEP allows for smoother daily enrollment traffic and greater opportunity for real-time quality assurance and oversight. Should a system outage occur near the end of a shortened OEP, there would be limited recourse to address disruptions. While BeWell has historically experienced few system outages, a federally-mandated, firm deadline would eliminate New Mexico's ability to extend enrollment or mitigate harm to affected consumers in the event of system issues.

6. New Mexico's special enrollment period (SEP) strategies have also been uniquely designed to meet New Mexico's needs, ensuring continuous coverage and minimizing enrollment barriers. According to the joint comments referenced above, the income-based SEP

> "is one of the most frequently used on BeWell's platform, accounting for 1,254 enrollments in Plan Year 2024, and its removal would require system changes as well as extensive review of outreach and communications materials. However, while this SEP has a relatively high utilization compared to other [types of SEPs], enrollments under this SEP represent only a small percentage of BeWell's enrollment: approximately 2% of all enrollments in PY 2024. Fifty-nine percent of those who used the low-income SEP in 2024 live in a rural or frontier county… With the existing program integrity measures in place, there is no documented evidence of fraud or misuse of this SEP in New Mexico. BeWell's proactive outreach and consumer education efforts year-round are effectively encouraging early, preventive enrollment—before medical need becomes urgent. In 2024, 85% of those who used the low-income SEP remained enrolled through the rest of the plan year, indicating most enrollees did not sign up for short-term medical needs but instead needed coverage to maintain their health and financial security. This also supports health care providers, especially in rural and frontier communities, so their patients can access care and pay for services through their health plan, thus reducing uncompensated care for providers."

7. Although CMS suggested this low-income SEP contributed to fraudulent and improper enrollments, BeWell data demonstrates this not an issue in New Mexico. BeWell conducts rigorous verification of applicants' income and household data as part of the standard enrollment process, as it is required to do under federal law. Additionally, New Mexico supplements federal subsidies with its own New Mexico Premium Assistance, which provides additional financial help to consumers earning between 138% and 400% FPL. On average, the population with incomes of 138-200% of FPL receives the highest amount of state-funded support, approximately $53 per member per month. This gives our state a direct fiscal stake in ensuring eligibility determinations are accurate and that subsidies are not improperly paid.

8. According to information provided by BeWell, the Marketplace received fewer than 15 consumer complaints regarding certified brokers' and assisters' activity on the marketplace – none of which reported fraudulent enrollment. BeWell provides rigorous training to enrollment assisters, which must be completed before being certified; tightly controlled access to the marketplace, which is contingent upon certification and can be revoked timely in the event of suspected fraud;

procedures where customers must initially designate their broker or assister; and system features that require consumer confirmation of changes. Because of BeWell's tailored program integrity measures, including oversight of enrollment partners and enforcement mechanisms, reports of improper enrollments through BeWell remain very low, as demonstrated through federal enforcement mechanisms. BeWell has met all SMART requirements and remains in good standing with CMS oversight, with no material deficiencies or major compliance issues identified in SMART or IPPTA assessments.

*BeWell Compliance Costs*

9. According to BeWell, prior to the finalization of the rule, exchange plans accepted the self-attestation of an enrollee who claimed eligibility by projecting annual household income at or above 100% of the FPL. The Finalized Marketplace Integrity and Affordability Rule changes this policy in two ways. First, anytime IRS data shows a consumer has income below 100% of the FPL, a "data matching issue" (DMI) will be generated. Second, in the absence of IRS data, a DMI will be generated. Whenever a DMI is generated, consumers will be required to track down and submit the necessary paperwork in order to purchase health insurance. DMIs also create administrative burdens on SBEs, which are required to receive, process, and determine whether the newly submitted paperwork adequately addresses the issue. These changes impose a heavy burden on SBEs, including BeWell, necessitating an immediate and complex system development to implement a new DMI with intricate logic requirements. Development of the DMI would potentially divert resources from other efforts, such as our current platform transition designed to serve New Mexicans better through an improved BeWell system.

*Impact on Uninsured Rate, State Costs, and Uncompensated Care*

10. The Final Rule acknowledges that the changes it makes will result in a decrease in enrollment in the ACA marketplace exchanges of up to 2 million people. This represents an enrollment reduction of approximately 8.3% from the 24.2 million who enrolled in Marketplace

coverage, during 2025 open enrollment period, based on figures from CMS' Marketplace Open Enrollment Public Use Files. If New Mexico experienced a proportional enrollment decline as a percentage of total enrollment, about 6,008 individuals who have coverage today through BeWell would lose their health insurance.

11. A direct consequence of this decreased enrollment under the Final Rule is a higher rate of uninsured individuals in New Mexico, and correspondingly higher costs incurred by the State, both in funding programs that pay for certain types of care offered to uninsured residents and in costs for providing care that is uncompensated by such programs. Mitigating these coverage losses could mean pulling back on investments for other urgent priorities.

12. Decreased enrollment under the Final Rule would cause a rise in the state's uninsured rate, which drives up uncompensated care for health care providers. New Mexico is facing a significant provider shortage and has made concerted efforts to decrease its uninsured rate to ensure health care providers are fairly compensated for their services. A loss of marketplace coverage does not automatically open the door to Medicaid, because Medicaid eligibility is tied to strict income limits that many marketplace enrollees exceed. New Mexico has programs to address gaps in the coverage system. However, if these coverage losses were to be directly mitigated by the state, it would be very costly. The Advance Premium Tax Credit (APTC) is the federal income-based premium subsidy created under the Affordable Care Act that makes coverage affordable for qualifying Marketplace enrollees. The average monthly Advance Premium Tax Credit (APTC) in New Mexico is $583, according to information posted on bewellnm.com. If the state were to absorb those costs for 6,008 individuals for one year, it would cost the state additional $42 million. Without state action, it is likely that many of these individuals would become uninsured. There would also be substantial work and costs to implement the changes necessary to mitigate the coverage losses and to conduct outreach to those individuals who will lose coverage.

13. All hospitals are required to treat patients presenting in their emergency departments, regardless of the patient's ability to pay. An increase in the uninsured rate could put greater

pressure on hospitals, especially rural clinics that are struggling. *See* the federal Emergency Medical Treatment and Labor Act (EMTALA).

14. The Safety Net Care Pool (SNCP) Fund (27-5-6.1 NMSA 1978) also provides funding to hospitals for its uncompensated care costs and is administered by the HCA. Counties levy a gross receipts tax, which are then transferred to the Fund and matched with federal Medicaid dollars that are used to reimburse hospitals for uncompensated care costs. The increased number of uninsured individuals could place an increased burden on this Fund.

15. If the state is unable to directly maintain coverage for these individuals, there is an option in New Mexico that can help individuals maintain coverage. The New Mexico Medical Insurance Pool (NMMIP) was established by the 1987 New Mexico State Legislature (59A-54-4) to provide access to health insurance coverage to residents of New Mexico who are denied health insurance and considered uninsurable. As a state-run, high-risk insurance pool, NMMIP is a non-profit organization that provides a health care coverage option to the uninsured so that they can obtain insurance. Adding more members to the Pool could increase individual and small group rates, as the NMMIP is funded by assessments on insurance carriers.

### *Public Health Impacts*

16. The Final Rule is detrimental to New Mexico's public health. With record enrollment there is increased access to affordable health insurance via BeWell, individuals are more likely to seek preventive care and avoid costly emergency room visits. Without individuals having access to affordable health insurance, they are more likely to not seek preventative care, incur costly emergency room visits, and require New Mexico to cover costs for uninsured individuals.

17. Increased access to health insurance also improves public health. Uninsured individuals who lack access to affordable, adequate health insurance are less likely to seek preventive care or attend routine health screenings, and may delay necessary medical care due to prohibitive costs.

18. According to the [Health Care Cost Institute](), preventive care represents 3.5% of total health care spending, approximately $205 per person per year. However, the cost of these services for an

uninsured individual would be cost prohibitive. For example, the average price of a colonoscopy is $1,444, a mammogram is $255, and the insertion of an IUD is $213. These types of preventive services have proven positive public health effects. However, these high prices would make these services prohibitively expensive for many New Mexicans who lose coverage under the new rule.

19. With the exception of NMMIP, existing New Mexico uncompensated care programs provide only financial reimbursement for hospital services. (NMMIP is an insurer of last resort, providing coverage to individuals who are ineligible and/or denied coverage for employer-sponsored, Medicaid, Marketplace and other forms of public insurance). Additionally, health care access via these programs can be limited, thus an uninsured individual who does not qualify for Medicaid and cannot pay out of pocket for services would be unable to access coverage.

20. Lack of insurance and resulting negative health outcomes also result in downstream consequences, including, absenteeism in the workplace and increased reliance on unemployment insurance, which relies on State funding.

21. Decreased access to adequate and affordable health care could mean infectious diseases spread more widely and rapidly with those affected not seeking care due to being uninsured or underinsured.

22. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of July, 2025, in Santa Fe, New Mexico.

Signed by:
*Colin Baillio*
681D4C45F19A485...

Colin Baillio
Health Care Coverage Innovations Director
New Mexico Health Care Authority