UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF CALIFORNIA, et al.

*Plaintiffs*,

v.

ROBERT F. KENNEDY, JR., et al.,

*Defendants*.

Civil Action No.: 25-cv-12019

**DECLARATION OF ALLYSON SLATER**

I, Allyson Slater, an attorney admitted to practice before this Court, do hereby state the following under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am the Director of the Reproductive Justice Unit in the Office of the Attorney General for the Commonwealth of Massachusetts, and I appear on behalf of the Commonwealth of Massachusetts in this action.

2. I submit this declaration in support of Plaintiff States' Memorandum of Law in Support of their Motion for a Preliminary Injunction and Stay.

3. The facts set forth herein are based upon my personal knowledge or a review of the files in my possession.

4. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Sterling Gavette.

5. Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Jeffery Tegen.

6. Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Jessica Altman.

7. Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of Michael Conway.

8. Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of James Michel.

9. Attached hereto as Exhibit 6 is a true and correct copy of the Declaration of Steven M. Constantino.

10. Attached hereto as Exhibit 7 is a true and correct copy of the Declaration of Trinidad Navarro.

11. Attached hereto as Exhibit 8 is a true and correct copy of the Declaration of Jennifer Epstein.

12. Attached hereto as Exhibit 9 is a true and correct copy of the Declaration of Morgan Winters.

13. Attached hereto as Exhibit 10 is a true and correct copy of the Declaration of H. Schneider.

14. Attached hereto as Exhibit 11 is a true and correct copy of the Declaration of Marissa Woltmann.

15. Attached hereto as Exhibit 12 is a true and correct copy of the Declaration of M. Eberle.

16. Attached hereto as Exhibit 13 is a true and correct copy of the Declaration of Joseph A. Garcia.

17. Attached hereto as Exhibit 14 is a true and correct copy of the Declaration of Sarah Adelman.

18. Attached hereto as Exhibit 15 is a true and correct copy of the Declaration of Jeffrey Brown.

19. Attached hereto as Exhibit 16 is a true and correct copy of the Declaration of Elizabeth Caulum.

20. Attached hereto as Exhibit 17 is a true and correct copy of the Declaration of John Gary Huck.

21. Attached hereto as Exhibit 18 is a true and correct copy of the Declaration of Justin Zimmerman.

22. Attached hereto as Exhibit 19 is a true and correct copy of the Declaration of Colin Baillio.

23. Attached hereto as Exhibit 20 is a true and correct copy of the Declaration of Danielle Holahan.

24. Attached hereto as Exhibit 21 is a true and correct copy of the Declaration of Michael Humphreys.

25. Attached hereto as Exhibit 22 is a true and correct copy of the Declaration of Lindsay M. Lang.

26. Attached hereto as Exhibit 23 is a true and correct copy of the Declaration of Jane Beyer.

27. Attached hereto as Exhibit 24 is a true and correct copy of the Declaration of Ingird Urley.

28. Attached hereto as Exhibit 25 is a true and correct copy of the Declaration of Sarah Smith.

29. Attached hereto as Exhibit 26 is a true and correct copy of the Declaration of T.K. Keen.

30. Attached as an appendix is a list of the exhibits attached to this declaration, in chart form.

Signed under the penalties of perjury on this 17th day of July 2025 in Boston, Massachusetts.

Dated: July 17, 2025
Boston, MA

*/s/ Allyson Slater*
Allyson Slater
Director, Reproductive Justice Unit
Office of the Attorney General

**APPENDIX**

| Exhibit No. | Description |
|---|---|
| 1. | Declaration of S. Gavette<br>Arizona Department of Insurance and<br>Financial Institutions |
| 2. | Declaration of J. Tegen<br>Arizona HealthCare Cost Containment System Administration |
| 3. | Declaration of J. Altman<br>Covered California |
| 4. | Declaration of M. Conway<br>Colorado Division of Insurance |
| 5. | Declaration of J. Michel<br>Connecticut Health Insurance Exchange dba Access Health CT |
| 6. | Declaration of S. Costantino<br>Delaware Department of Health and Social Services |
| 7. | Declaration of T. Navarro<br>Delaware Department of Insurance |
| 8. | Declaration of J. Epstein<br>Illinois Department of Public Health |
| 9. | Declaration of M. Winters<br>Illinois Department of Insurance |
| 10. | Declaration of H. Schneider<br>Maine Department of Health and Human Services |
| 11. | Declaration of M. Woltmann<br>Massachusetts Health Connector |
| 12. | Declaration of M. Eberle<br>Maryland Health Benefit Exchange |
| 13. | Declaration of J. Garcia<br>Michigan Department of Insurance and Financial Services |
| 14. | Declaration of S. Adelman<br>New Jersey Department of Human Services |
| 15. | Declaration of J. Brown<br>New Jersey Department of Health |
| 16. | Declaration of E. Caulum<br>MNsure |
| 17. | Declaration of J. Huck<br>University Hospital of Newark, New Jersey |
| 18. | Declaration of J. Zimmerman<br>New Jersey Department of Banking and Insurance |
| 19. | Declaration of C. Baillio<br>New Mexico Health Care Authority |
| 20. | Declaration of D. Holahan<br>New York State of Health |
| 21. | Declaration of M. Humphreys |

| | |
|---|---|
| | Pennsylvania Insurance Department |
| 22. | Declaration of L. Lang<br>HealthSource of Rhode Island |
| 23. | Declaration of J. Beyer<br>Washington State Office of the Insurance Commissioner |
| 24. | Declaration of I. Urley<br>Washington Health Benefit Exchange |
| 25. | Declaration of S. Smith<br>Wisconsin Office of the Commissioner of Insurance |
| 26. | Declaration of T. Keen<br>Oregon Dept. of Insurance |

**CERTIFICATE OF SERVICE**

I, Allyson Slater, certify that counsel for or on behalf of plaintiffs have submitted the foregoing document with the clerk of court for the District of Massachusetts, using the electronic case filing system of the Court. Counsel for Plaintiffs hereby certify that they have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

/s/ *Allyson Slater*
Allyson Slater
Director, Reproductive Justice Unit
Office of the Attorney General