# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF CALIFORNIA, et al.<br><br>                              *Plaintiffs*,<br><br>   v.<br><br>ROBERT F. KENNEDY, JR., et al.,<br><br>                              *Defendants*. | Civil Action No.: 25-12019 |

**DECLARATION OF STERLING GAVETTE**

I, Sterling Gavette, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge:

1. I am the Life and Health Oversight Manager at the Arizona Department of Insurance and Financial Institutions ("DIFI"). I have been employed as the Life and Health Oversight Manager since July 2022.

2. DIFI administers Arizona's laws protecting insurance consumers by regulating the insurance and financial services industries. DIFI licenses, monitors, and investigates regulated entities. It collects state taxes from insurance providers, resolves consumer complaints against insurance entities, and acts in response to violations of the law. DIFI also combats insurance fraud by issuing public awareness campaigns and funding law enforcement.

3. Arizona does not operate its own health insurance exchange. Rather, consumers in Arizona enroll in health coverage using healthcare.gov, which is operated and maintained by the U.S. Department of Health and Human Services.

4. I am familiar with the information in the statements set forth below through personal knowledge and from documents and information that have been provided to and reviewed by me.

5. I submit this Declaration in support of the States' Motion for a Preliminary Injunction.

**Risk Pool and Tax Impacts**

6. DIFI regulates health care services organizations, which are entities that "conduct one or more health care plans." A.R.S. § 20-1051(6). Health care plans are agreements "to provide directly or to arrange for all or a portion of contractually covered health care services and to pay or make reimbursement for any remaining portion of the health care services on a prepaid basis through insurance or otherwise." *Id*. § 20-1051(4). DIFI collects a tax of 2% "of net charges received from enrollees." *Id*. § 20-1060(A).

7. DIFI regulates corporations that operate "nonprofit hospital service or medical or dental or optometric service plans," which allow public subscribers to obtain hospital, medical, or dental services. *Id*. § 20-822. DIFI collects a 2% tax on "net premiums that are received to effect or maintain the corporation's subscription contracts." *Id*. § 20-837(A).

8. Health care services organizations and corporations offering nonprofit hospital services, medical, dental, or optometric service plans sell Arizona subscribers healthcare insurance through the federally facilitated Affordable Care Act exchange.

9. Arizona tax revenues increase when any regulated entity sells insurance to Arizonans through the federally facilitated exchange because DIFI collects a tax of 2% of each insurance premium.

10. Accordingly, attrition in enrollment in the Federally-facilitated Exchange will cause Arizona to lose tax revenue.

11. In addition, removing a pool of relatively young and healthy individuals from the risk pool of insureds participating in health coverage in Arizona will likely increase costs to all insured individuals in Arizona.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of July, 2025, in Phoenix, Arizona

*Sterling Gavette*
_____
Sterling Gavette

Life and Health Oversight Manager
Arizona Department of Insurance & Financial Institutions
Paper document bears an original signature