# EXHIBIT 4

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., et al.,<br><br>*Defendants*. | Civil Action No.: 25-12019 |

## DECLARATION OF MICHAEL CONWAY

I, Michael Conway, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am the Commissioner of Insurance at the Colorado Division of Insurance located in Denver, Colorado. I have been employed at the Colorado Division of Insurance since March of 2016.

2. Pursuant to section 10-1-103(1), C.R.S., the Division of Insurance is charged with the execution of the laws relating to insurance and has a supervising authority over the business of insurance in Colorado. The Division of Insurance's supervising authority includes enforcing the requirements of article 16 of title 10 of the Colorado Revised Statutes, also known as the "Colorado Health-Care Coverage Act."

3. I am familiar with the information in the statements set forth below through personal knowledge and from documents and information that have been provided to and reviewed by me.

4. I submit this Declaration in support of the States' Motion for a Preliminary Injunction.

5. The ACA mandates that certain individual and small group health plans cover a set of Essential Health Benefits (EHBs) which must be equal to the scope of benefits provided under a typical employer plan and may not have any annual or lifetime dollar limit.

6. Per the ACA, the items and services covered must come from the following ten benefit categories: (1) ambulatory patient services; (2) emergency services; (3) hospitalization; (4) maternity and newborn care; (5) mental health and substance use disorder services including behavioral health treatment; (6) prescription drugs; (7) rehabilitative and habilitative services and devices; (8) laboratory services; (9) preventive and wellness services and chronic disease management; and (10) pediatric services, including oral and vision care.

7. The ACA and its effectuating regulations permit latitude to the states in determining how EHBs are defined. Accordingly, states submit their "benchmark" plans to HHS for approval. EHBs are a minimum standard, and benchmark plans can choose to offer additional health benefits, like vision, dental, and medical management programs (e.g., weight loss).

8. Each state maintains a benchmark plan on file with HHS, against which private insurers must compare plans to ensure compliance with the standards set forth therein. Further, if a state has not updated its benchmark plan to match federal requirements, private insurers must also review plans for compliance with federal EHB mandates.

9. Since 2023, Colorado's Benchmark plan has included coverage for gender-affirming care. The 2023 Benchmark plan was submitted to HHS for approval on May 7, 2021 and was approved on October 21, 2021.

10. On May 23, 2025, House Bill 25-1309 was signed into Colorado law, which provides that all health benefit plans issued or renewed in the state shall provide coverage for gender-affirming health care. Further, Colorado Insurance Regulation 4-2-62 provides that carriers shall not engage

in unfair discrimination due to sexual orientation or gender identity between individuals of the same class in benefits payable under such policy and any other manner that may be perceived as discriminatory.

11. Colorado's EHB Benchmark plan requires insurers to provide the following medically-necessary treatment, including treatment for gender dysphoria and, at a minimum, the following gender-affirming care services:

       a. Blepharoplasty (eye and lid modification)

       b. Face/forehead and/or neck tightening

       c. Facial bone remodeling for facial feminization

       d. Genioplasty (chin width reduction)

       e. Rhytidectomy (cheek, chin, and neck)

       f. Cheek, chin, and nose implants

       g. Lip lift/augmentation

       h. Mandibular angle augmentation/creation/reduction (jaw)

       i. Orbital recontouring

       j. Rhinoplasty (nose reshaping)

       k. Laser or electrolysis hair removal

       l. Breast/Chest Augmentation, Reduction, Construction

12. In 2020, the Division requested carriers provide information to determine whether carriers were covering gender-affirming care services. The responses indicated that all carriers in the small group market were covering gender-affirming care services. *See Attachment A, Fall 2020 Summary of Colorado Small Group Carrier Coverage of Hormone Therapy and Surgical Genital Procedures.*

13. HHS approved Colorado's EHB Benchmark Plan most recently in 2024 and specifically approved coverage of gender-affirming care services as EHB in 2021 beginning with the 2023 plan year. HHS has not rescinded its approval of these benchmark plans, which are the standardized set of essential health benefits that must be met by a qualified health plan in Colorado. Pursuant to 45 C.F.R. § 155.170, gender-affirming care services are essential health benefits covered in Colorado's EHB-benchmark plan that do not require defrayal. As noted above, the Colorado General Assembly passed House Bill 25-1309, which requires carriers to cover gender-affirming healthcare. Based on then-current law and policy, including HHS' approval of gender-affirming care as EHB in Colorado, state fiscal analysis of House Bill 25-1309 from June 11, 2025, assumed that gender-affirming care did not require defrayal. However, the Final Rule states that CMS would enforce defrayal obligations. If this statement is correct and it is ultimately determined that HHS' Final Rule requires states to defray the costs of gender-affirming healthcare when state anti-discrimination law requires gender-affirming care to be covered by carriers, a state has a previously approved benchmark plan that includes gender-affirming care as EHB, and a mandate to cover gender-affirming healthcare that was signed into state law prior to the adoption of HHS' Final Rule, the estimated defrayal costs borne by Colorado would be substantial.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of July 2025, in Denver, Colorado.

*[Signature]*

Michael Conway
Colorado Commissioner of Insurance
Colorado Division of Insurance