IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEW JERSEY, STATE OF ARIZONA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEW MEXICO, STATE OF NEVADA, STATE OF NEW YORK, STATE OF OREGON, JOSH SHAPIRO, *in his official capacity as Governor of the Commonwealth of Pennsylvania*, STATE OF RHODE ISLAND, STATE OF VERMONT, STATE OF WASHINGTON, STATE OF WISCONSIN; <br><br> *Plaintiffs*, <br><br> v. <br><br> ROBERT F. KENNEDY JR.*, in his official capacity as Secretary of Health and Human Services*, MEHMET OZ, *in his official capacity as Administrator for the Centers for Medicare and Medicaid Services*, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. CENTERS FOR MEDICARE AND MEDICAID SERVICES, <br><br> *Defendants*. | Civil Action No. 1:25-cv-12019 |

**UNOPPOSED MOTION FOR LEAVE TO FILE A BRIEF OF *AMICI CURIAE*
IN SUPPORT OF PLAINTIFF STATES' MOTION FOR A PRELIMINARY
INJUNCTION AND STAY**

Proposed *amici curiae*, Victoria Baggot, Jason Piperberg, Timothy Reyburn, Bianca Mahmood, Kenny Capps, Mariah Adeeko, American Cancer Society, American Cancer Society

1

Cancer Action Network, The Leukemia & Lymphoma Society, Legal Council for Health Justice, AiArthritis, American Lung Association, The Coalition for Hemophilia B, Epilepsy Foundation of America, Families USA, Muscular Dystrophy Association, National Health Law Program, and National MS Society, respectfully move for leave to file a brief in support of Plaintiff States' Motion for a Preliminary Injunction and Stay, and in support thereof, state as follows:

1. Proposed *amici* have an interest in the Final Rule being challenged in this case, U.S. Department of Health and Human Services (HHS) Final Rule, *Patient Protection and Affordable Care Act; Marketplace Integrity and Affordability*, 90 Fed. Reg. 27,074 (June 25, 2025). The Final Rule will introduce significant barriers to coverage that, according to HHS's own estimates, will cause up to 1.8 million people to lose their health insurance.

2. In the proposed brief, *amici* provide this Court with background on the ACA and examples of how the Final Rule's changes will affect health coverage.

3. This Court has broad discretion to permit the filing of *amicus curiae* briefs. *See, e.g.*, *Boston Gas Co. v. Century Indem. Co.*, No. 02-CV-12062, 2006 WL 1738312, at *1 n.1 (D. Mass. June 21, 2006) (allowing leave to file and stating federal district courts "have inherent authority and discretion to appoint amici").

4. The proposed brief (excluding cover page and tables), enclosed herein as Exhibit A, does not exceed 20 pages.

5. Counsel for proposed *amici* have conferred with counsel for the parties. Both Plaintiffs and Defendants have consented to the filing of this motion.

WHEREFORE, proposed *amici curiae* respectfully request that this Court grant leave to file the proposed brief in support of Plaintiff States' Motion for a Preliminary Injunction and Stay.

Dated: July 24, 2025

/s/ *Steven J. Schwartz*
Steven J. Schwartz (BBO # 448440)
Center for Public Representation
5 Ferry Street, Suite 314
Easthampton, MA 01027
(413) 586-6024
sschwartz@cpr-ma.org

/s/ *Jane Perkins*
Jane Perkins (*pro hac vice* pending)
National Health Law Program
1512 E. Franklin St, Suite 110
Chapel Hill, NC 27514
 (919) 968-6308
 perkins@healthlaw.org

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that counsel for proposed *amici curiae* have conferred with counsel for the parties. Both Plaintiffs and Defendants have consented to the filing of this motion.

## CERTIFICATE OF SERVICE

I hereby certify that this motion and its accompanying certification will be served on all registered parties through this Court's CM/ECF system.

/s/ *Steven J. Schwartz*
Steven J. Schwartz