CALIFORNIA
DEPARTMENT OF JUSTICE

**Rob Bonta**
Attorney General

600 WEST BROADWAY, SUITE 1800
SAN DIEGO, CA 92101

Public: (619) 738-9000
Telephone: (619) 738-9543
Facsimile: (916) 732-7920
E-Mail: Sean.McGuire@doj.ca.gov

August 22, 2025

**VIA CM/ECF**

Robert M. Farrell
Clerk of Court
U.S. District Court for the District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

      RE: *State of California, et al. v. Robert F. Kennedy, Jr., et al.*, Case No. 1:25-cv-12019

Dear Mr. Farrell:

      The Plaintiff States in the above-captioned matter write to notify the Court of a recent decision issued by the U.S. District Court for the District of Maryland in *City of Columbus, et al., v. Robert F. Kennedy, Jr., et al.*, Case No. 1:25-cv-2114-BAH. The decision touches upon several of the same issues presently before the Court in this matter.

      The plaintiffs in *City of Columbus* challenge the same provisions of the Final Rule that the Plaintiff States do, save for the provision on essential health benefits. They also challenge one provision that the Plaintiff States do not challenge.

      The District of Maryland's order stays, under Section 705 of the Administrative Procedure Act (Title 5 U.S.C.), the effective dates of the following provisions of the Final Rule:

1. The provision pertaining to the $5 charge for certain automatic re-enrollees (45 C.F.R. § 155.335(a)(3) and (n) and revisions to 45 C.F.R. § 155.330(j));

2. The provision pertaining to guaranteed coverage for individuals with past-due premiums (45 C.F.R. § 147.104(i));

3. The provision amending the failure-to-reconcile policy (45 C.F.R. § 155.305(f)(4) and amendments to 45 C.F.R. § 155.305(f)(4)(iii));

August 22, 2025
Page 2

4. The provision pertaining to eligibility verification for the special enrollment period (45 C.F.R. § 155.420(g));

5. The provisions pertaining to new income verification requirements when attested income differs from other data sources (45 C.F.R. § 155.320(c)(3)(iii)); and

6. The provisions pertaining to *de minimis* ranges for actuarial value (45 C.F.R. §§ 156.140(c), 156.200(b)(3), and 156.400.

The *City of Columbus* decision declines to enter a stay as to the provision of the Final Rule that modifies the premium adjustment percentage methodology, which Plaintiff States challenge. It also declines to enter a stay as to one additional provision that Plaintiff States do not challenge in this case. And, as noted above, the *City of Columbus* plaintiffs did not challenge the Final Rule's provision on essential health benefits, which Plaintiff States do challenge. The *City of Columbus* decision is attached as an exhibit to this letter.

Through below-signed counsel, Plaintiff States notified Defendants via email at 2:27 p.m. Eastern time of their intent to submit this letter and provided a copy of this letter with that correspondence. As of the time of filing, Defendants had not responded with their position.

Respectfully Submitted,

*/s/ Sean C. McGuire*

NELI PALMA
Senior Assistant Attorney General
KATHLEEN S. BOERGERS
Supervising Deputy Attorney General
SEAN MCGUIRE
NIMROD PITSKER ELIAS
CRYSTAL ADAMS
HILARY BURKE CHAN
Deputy Attorneys General
600 West Broadway, Suite 1800
San Diego, California 92101
(619) 738-9543
Sean.McGuire@doj.ca.gov
*Attorneys for Plaintiff State of California*

OK2025900143
85303181.docx

## CERTIFICATE OF SERVICE

     I, Sean C. McGuire, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                 */s/ Sean C. McGuire*
                                                 Deputy Attorney General
                                                 Counsel for Plaintiff State of California