UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-12019-NMG |

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants respectfully seek an extension of their deadline to respond to Plaintiffs' Complaint, ECF No. 1. Specifically, Defendants request that their response deadline, which is currently September 22, 2025, *see* Fed. R. Civ. P. 12(a)(2), be extended to 30 days after the Court resolves Plaintiffs' Motion for a Preliminary Injunction and Stay, ECF No. 5, which remains pending. The Court's resolution of that Motion will likely clarify or narrow the issues in this matter, which will in turn likely inform Defendants' response to the Complaint and the scope of any further briefing. Defendants have conferred with Plaintiffs, through counsel, and Plaintiffs' position is as follows: Plaintiffs do not oppose Defendants' request to extend the response deadline; however, Plaintiffs remind the Court that the States are currently bearing compliance costs imposed by the provisions of the Final Rule that became effective on August 25 and respectfully request a prompt ruling on their pending Motion.

DATED: September 18, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

*Motion allowed. /s/ NMGorton, SUSDJ 09/19/2025*