UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-12019-NMG |

### [Proposed] ORDER

Before the Court is Defendants' Motion for a Stay of Proceedings in Light of Lapse of Appropriations. Having reviewed Defendants' Motion, the Local Rules, and the relevant law, Defendants' Motion is **GRANTED**. It is hereby **ORDERED** that further proceedings in this case are **STAYED** and that all case deadlines are extended commensurate with the duration of the lapse of appropriations.

_____<br>
NATHANIEL M. GORTON<br>
United States District Judge

Date: _____, 2025