UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| State of California, *et al.*,<br><br>    PLAINTIFFS,<br><br>    v.<br><br>Robert F. Kennedy, Jr., in his official capacity as Secretary of the Department of Health and Human Services, et al.,<br><br>    DEFENDANTS. | Civil Action No. 25-CV-12019-NMG |

**PLAINTIFF STATES' OPPOSITION TO DEFENDANTS' MOTION FOR A STAY IN LIGHT OF LAPSE IN APPROPRIATIONS**

Plaintiff States respectfully oppose Defendants' motion for an undefined and indefinite stay in light of the lapse in appropriations. Defendants' requested relief would indefinitely delay the Court from determining the legality of the Final Rule the States challenge in this litigation and clarifying which provisions will, or will not, be in effect for the 2026 plan year and beyond. As Plaintiff States described in their Memorandum in Support of their Motion for a Preliminary Injunction and Stay, ECF No. 6, the Final Rule imposes myriad new requirements on the States, their State-run Exchanges, and the federally facilitated Exchange. These requirements have serious implications for health insurers, our State agencies, and the public, all of whom need to know as soon as possible what regulatory environment they will be operating in for plan year 2026 and beyond. The ACA's marketplaces will continue functioning and facilitating the provision of health coverage for millions of Americans even if Congress does not fully fund the federal government. Promptly resolving the merits of this case is manifestly in the public interest

1

and will directly impact premiums, out-of-pocket costs, and the scope of coverage for tens of millions of consumers.

Here, the balance of interests counsels against granting a stay due to the significant harms a stay would impose on Plaintiff States and the public. A stay would needlessly delay a final resolution of this case and would continue to harm the Plaintiffs. As this Court acknowledged, States allege they may begin to experience "lost enrollment fees" because of the Final Rule as early as "February, 2026." Memorandum & Order, ECF No. 105, at 12 (Oct. 1, 2025). Those imminent harms continue each day that passes without this Court's ruling on the legality of the Final Rule. Moreover, States, their agencies, and Exchanges are implementing the required changes for plan year 2026 and are already looking ahead to plan year 2027 but cannot yet know which provisions of the Rule will be effective. There is no telling how long the lapse in appropriations might last, and the Plaintiff States—and the Defendants, for that matter—will need to know which provisions of the Final Rule are in force, and which are not, as soon as possible. And as Plaintiffs have already pointed out, the stay issued in the *City of Columbus* matter does not extend to two provisions of the Final Rule that Plaintiffs challenge here and that remain enforceable—those pertaining to essential health benefits and the premium adjustment percentage methodology. *See* ECF No. 102 at 1-2.

By contrast, Defendants suffer no harm from a denial of their requested stay, and do not assert any harm in their motion. On September 29, 2025, the U.S. Department of Justice (DOJ) issued a contingency plan setting forth its planned operations during a lapse in appropriations. *See* U.S. Dep't. of Justice FY 2026 Contingency Plan (Sept. 29, 2025) ("Contingency Plan"), *available at* https://www.justice.gov/jmd/media/1377216/dl (last accessed October 21, 2025). That contingency plan allows it to continue operating during a lapse in appropriations when ordered by a court. "If a court denies a litigator's request to postpone a case and orders it to continue, the litigation will become an excepted activity that can continue during the lapse." *See* Contingency Plan at 7. For civil litigation, the DOJ instructs its attorneys to approach the courts and request that active cases be postponed until funding is resumed. *Id.* But if a court denies a

2

stay, "the Government will comply with the court's order, which would constitute express legal authorization for the activity to continue" within the meaning of 31 U.S.C. § 1342. *Id.* And because federal law authorizes the payment of wages for "excepted activities" during a lapse in appropriations, any harm to Defendants' counsel would be mitigated should this Court deny a stay. *See* 31 U.S.C. § 1341(c)(2); *see also* Contingency Plan at 3 (DOJ is required to maintain civil litigation staffing at the level necessary to continue activities in proceedings that are not stayed).

Other courts in this District have already denied the government's request to stay proceedings due to the current government shutdown. *See* Memorandum and Order, *State of California v. U.S. Dep't. of Health & Hum. Serv's.*, No. 25-12118 at ECF No. 72 (D. Mass. filed Oct. 8, 2025) ("The lapse in appropriations does not justify a stay of these proceedings," and "a stay would delay determination of the merits . . . while Defendants move forward with implementation of the law that Plaintiffs seek to enjoin."); *see also* Order Denying Mot. to Stay, *Guerrero Orellana v. Moniz, et al.*, Case No. 25-12664, ECF No. 51 (D. Mass. Oct. 2, 2025).

So have courts in other Districts and Circuits. *See* Order Denying Mot. to Stay, *State of Rhode Island v. Trump, et al.*, No. 25-00128 at ECF No. 84 (D.R.I. filed Oct. 3, 2025) (noting that "[t]he Court is required to continue its constitutional functions"); Order, *Planned Parenthood Fed. of Am. v. Kennedy, Jr.*, Case No. 25-1755 (1st Cir. Oct. 2, 2025) (denying DOJ motion to stay); Ninth Circuit Oct. 1, 2025 Supplemental Admin. Order, Murguia, C.J., *available at* https://cdn.ca9.uscourts.gov/datastore/announcements/Final-Order.pdf (ordering all DOJ attorneys to appear at argument as scheduled despite lapse in appropriations); Order Granting in Part and Denying in Part Mot. to Stay, *California v U.S. Dep't. of Ag.*, Case No. 25-06310, ECF No. 97 (N.D. Cal. Oct. 3, 2025) (refusing to stay briefing on plaintiffs' motion for preliminary injunction); Order Denying Mot. to Stay, *New York, et al. v. Kennedy, Jr. et al.*, Case No. 25-00196, ECF No. 2 (D.R.I. Oct. 3, 2025); Order Denying Mot. to Stay, *U.S. v. Rhode Island*, Case No. 14-00175, ECF No. 212 (D.R.I. Oct. 2, 2025); Order Denying Mot. to Stay, *J.P. Morgan Chase Bank v. Carver*, Case No. 24-00478, ECF No. 17 (D.R.I. Oct. 3, 2025).

And still more courts have found previous lapses in appropriations to be insufficient grounds to stay litigation—in fact, stays are rarely granted on this ground. *See Kornitzky Grp., LLC v. Elwell*, 912 F.3d 637, 638 (D.C. Cir. 2019) (Srinivasan, J., concurring) (discussing the DOJ's largely similar 2019 Contingency Plan). During the 2013 shutdown, the D.C. Circuit "received Government motions to stay oral argument in at least sixteen cases" and denied "every one of those motions." *Id*.

This Court should deny Defendants' motion to stay proceedings, due to the harms such a stay would cause to every member of the public who purchases health coverage through the Exchanges.

Dated: October 22, 2025

Respectfully Submitted,

**ROB BONTA**
Attorney General
State of California

**ANDREA JOY CAMPBELL**
Attorney General
Commonwealth of Massachusetts

*/s/ Sean C. McGuire*
SEAN C. MCGUIRE
Deputy Attorney General
NELI PALMA
Senior Assistant Attorney General
KATHLEEN BOERGERS
Supervising Deputy Attorney General
NIMROD PITSKER ELIAS
CRYSTAL ADAMS
HILARY BURKE CHAN
Deputy Attorneys General
600 West Broadway, Suite 1800
San Diego, CA 92101
(619) 738-9543
Sean.McGuire@doj.ca.gov
Attorneys for Plaintiff State of California

*/s/ Allyson Slater*
ALLYSON SLATER (BBO No. 704545)
Director, Reproductive Justice Unit
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2811
Allyson.Slater@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

**KRISTIN K. MAYES**
Attorney General
State of Arizona

*/s/ Mayur P. Saxena*
JEREMY M. FEIGENBAUM
Solicitor General
JOSHUA P. BOHN
MONICA E. FINKE
BASSAM F. GERGI
VIVIANA M. HANLEY

*/s/ Joshua Nomkin*
JOSHUA NOMKIN
LAUREN WATFORD
Office of the Attorney General
2005 North Central Avenue

BRYCE K. HURST
AMANDA I. MOREJÓN
MEGHAN K. MUSSO
ESTEFANIA PUGLIESE-SAVILLE
Deputy Attorneys General
Office of the Attorney General
25 Market Street
Trenton, NJ 08625
(609) 969-5365
Mayur.Saxena@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

Phoenix, Arizona 85004
(602) 542-3333
Joshua.Nomkin@azag.gov
Lauren.Watford@azag.gov
*Attorneys for Plaintiff State of Arizona*

**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ David Moskowitz*
DAVID MOSKOWITZ*
Deputy Solicitor General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6000
david.moskowitz@coag.gov
*Attorneys for Plaintiff State of Colorado*

**WILLIAM TONG**
Attorney General
State of Connecticut

*/s/ Janelle Medeiros*
JANELLE MEDEIROS*
Special Counsel for Civil Rights
165 Capitol Ave
Hartford, CT 06106
(860) 808-5450
Janelle.Medeiros@ct.gov
*Attorneys for Plaintiff State of Connecticut*

**KATHLEEN JENNINGS**
Attorney General
State of Delaware

/s/ *Vanessa L. Kassab*
IAN R. LISTON*
Director of Impact Litigation
VANESSA L. KASSAB*
DAVID WEINSTEIN*
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov
*Attorneys for Plaintiff State of Delaware*

**KWAME RAOUL**
Attorney General
State of Illinois

*/s/ Alice L. Riechers*
SARAH J. NORTH*
*Deputy Chief, Public Interest Division*
ALICE L. RIECHERS*
*Assistant Attorney General, Special Litigation Bureau*
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
312-814-3000
Sarah.North@ilag.gov
Alice.Riechers@ilag.gov
*Attorneys for Plaintiff State of Illinois*

**AARON M. FREY**
Attorney General
State of Maine

*/s/ Lauren LaRochelle*
LAUREN LAROCHELLE
Assistant Attorney General

**ANTHONY G. BROWN**
Attorney General
State of Maryland

*/s Michael Drezner*
MICHAEL DREZNER
Senior Assistant Attorney General

| | |
|---|---|
| Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333-0006<br>Tel.: 207-626-8800<br>Lauren.LaRochelle@maine.gov<br>*Attorneys for Plaintiff State of Maine* | Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>410-576-6959<br>Mdrezner@oag.state.md.us<br>*Attorneys for Plaintiff State of Maryland* |

**DANA NESSEL**
Attorney General
State of Michigan

*/s/ Carl Hammaker*
CARL HAMMAKER (P81203)
AARON LEVIN (P81310)
Assistant Attorneys General
Michigan Department of Attorney General
525 W. Ottawa St.
Lansing, MI 48933-1067
517.335.7573
hammakerc@michigan.gov
levina@michigan.gov
*Attorneys for Plaintiff State of Michigan*

**KEITH ELLISON**
Attorney General
State of Minnesota

*/s/ Lindsey E. Middlecamp*
LINDSEY E. MIDDLECAMP*
Special Counsel, Rule of Law
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
(651) 300-0711
Lindsey.middlecamp@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*

**RAÚL TORREZ**
Attorney General
State of New Mexico

*/s/ Aletheia V.P. Allen*
ALETHEIA V.P. ALLEN
Solicitor General
LAWRENCE M. MARCUS
Assistant Solicitor General
New Mexico Department of Justice
201 Third St. NW, Suite 300
Albuquerque, NM 87102
505-527-2776
aallen@nmdoj.gov
*Attorneys for Plaintiff State of New Mexico*

**AARON D. FORD**
Attorney General
State of Nevada

*/s/ Heidi Parry Stern*
HEIDI PARRY STERN (Bar. No. 8873)
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov
*Attorneys for Plaintiff State of Nevada*

**LETITIA JAMES**
Attorney General
State of New York

*/s/ Stephen Thompson*
STEPHEN C. THOMPSON
Special Counsel
ANDRES IVAN NAVEDO
Assistant Attorney General
28 Liberty Street

**DAN RAYFIELD**
Attorney General
State of Oregon

*/s/ Scott P. Kennedy*
SCOTT P. KENNEDY
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201

New York, NY 10005
(212) 416-6183
stephen.thompson@ag.ny.gov
*Attorneys for Plaintiff State of New York*

**JOSH SHAPIRO**
in his official capacity as Governor of the
Commonwealth of Pennsylvania
JENNIFER SELBER
General Counsel

*/s/ Aimee D. Thomson*
AIMEE D. THOMSON*
Deputy General Counsel
Pennsylvania Office of the Governor
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
(223) 234-4986
*aimeethomson@pa.gov*
*Counsel for Governor Josh Shapiro*

**CHARITY R. CLARK**
Attorney General
State of Vermont

*/s/ Jonathan T. Rose*
JONATHAN T. ROSE*
Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-3171
Jonathan.rose@vermont.gov
*Attorneys for Plaintiff State of Vermont*

**JOSHUA L. KAUL**
Attorney General
State of Wisconsin

*/s/ Jody J. Schmelzer*
JODY J. SCHMELZER
Assistant Attorney General
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-3094
jody.schmelzer@wisdoj.gov
*Attorneys for Plaintiff State of Wisconsin*

Tel (971) 453-9050
Fax (971) 673-5000
Scott.Kennedy@doj.oregon.gov
*Attorneys for Plaintiff State of Oregon*

**PETER F. NERONHA**
Attorney General
State of Rhode Island

*/s/ Julia Harvey*
JULIA HARVEY (RI Bar No. 10529)*
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2103
jharvey@riag.ri.gov
*Attorneys for Plaintiff State of Rhode Island*

**NICHOLAS W. BROWN**
Attorney General
State of Washington

*/s/ William McGinty*
WILLIAM MCGINTY, WSBA 41868*
Deputy Solicitor General
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
William.McGinty@atg.wa.gov
360-709-6027
*Attorneys for Plaintiff State of Washington*

**CERTIFICATE OF SERVICE**

I, Sean C. McGuire, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

              */s/ Sean C. McGuire*
              Deputy Attorney General
              Counsel for Plaintiff State of California

OK2025900143
85406463.docx