## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

STATE OF CALIFORNIA, *et al.*,

        Plaintiffs,

    v.

ROBERT F. KENNEDY, JR., in his official
capacity as Secretary of Health and Human
Services, *et al.*,

        Defendants.

Case No. 1:25-cv-12019-NMG

### JOINT MOTION TO ENTER BRIEFING SCHEDULE

Plaintiffs and Defendants have conferred in good faith about the proceedings in this matter and jointly and respectfully move for a scheduling order setting a schedule for summary judgment briefing. In support of this joint motion, the parties state as follows:

1. This case concerns an Administrative Procedure Act ("APA") challenge to multiple provisions of a Final Rule promulgated by the Department of Health and Human Services that makes several regulatory changes to the health insurance marketplaces established under the Affordable Care Act. *See* Patient Protection and Affordable Care Act; Marketplace Integrity and Affordability, 90 Fed. Reg. 27,074 (June 25, 2025) ("the Rule"). *See* ECF No. 1.

2. Plaintiffs filed their Complaint on July 17, 2025, *id.*, and concurrently filed a motion for preliminary relief ("PI Motion"), ECF Nos. 5-6, which Defendants opposed, ECF No. 90. The Court held a hearing on Plaintiffs' PI Motion on August 13, 2025. *See* ECF No. 94. On October 1, 2025, the Court issued a Memorandum Opinion and Order denying the PI Motion. ECF No. 105.

3. The parties have since conferred, through counsel, regarding future proceedings in this case. Based on those discussions, the parties agree that this case can be resolved most efficiently through cross-motions for summary judgment based on the administrative record. *See Atieh v. Riordan*, 727 F.3d 73, 76 (1st Cir. 2013) ("The focal point of APA review is the existing administrative record.").

The parties have also reached agreement on a proposed schedule to facilitate summary judgment briefing.

    4.      Accordingly, the parties respectfully request that the Court enter a scheduling order setting the following deadlines:

      a.      Defendants shall certify and produce the administrative record by **December 12, 2025**;

      b.      Plaintiffs shall file a motion for summary judgment by **January 23, 2026**;

      c.      Defendants shall file an opposition and cross-motion for summary judgment by **February 27, 2026**;

      d.      Plaintiffs shall file an opposition and reply by **March 20, 2026**;[1]

      e.      Defendants shall file a reply by **April 3, 2026**;

      f.      Defendants' deadline to answer Plaintiffs' Complaint shall be extended to 30 days following the Court's resolution of the parties' cross-motions for summary judgment.

    5.      A proposed order reflecting the relief requested herein is attached.

DATED: October 31, 2025              Respectfully submitted,

                                          BRETT A. SHUMATE
                                          Assistant Attorney General
                                          Civil Division

                                        ERIC B. BECKENHAUER
                                        Assistant Director
                                        Federal Programs Branch

                                    */s/ Zachary W. Sherwood*
                                        ZACHARY W. SHERWOOD
                                        (IN Bar No. 37147-49)
                                        Trial Attorney
                                        U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L Street NW
                                        Washington, DC 20005

---

[1] *See* L.R. 56.1 (providing that a party moving for summary judgment may file a reply "[u]nless the court orders otherwise").

(202) 616-8467
(202) 616-8470 (fax)
zachary.w.sherwood@usdoj.gov

*Counsel for Defendants*

## **LOCAL RULE 7.1 CERTIFICATE**

Pursuant to Local Rule 7.1(a)(2), I certify that on October 30, 2025, the parties conferred via email regarding the relief requested in this motion and agreed to jointly move for the requested relief.

*/s/ Zachary W. Sherwood*
ZACHARY W. SHERWOOD

## **CERTIFICATE OF SERVICE**

On October 31, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, District of Massachusetts, using the electronic case filing system of the court.  I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Zachary W. Sherwood*
ZACHARY W. SHERWOOD