UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF CALIFORNIA, *et al.*,

        Plaintiffs,

v.

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, *et al.*,

        Defendants.

Case No. 1:25-cv-12019-NMG

### [Proposed] ORDER

Before the Court is the parties' Joint Motion to Enter Briefing Schedule, in which the parties request that the Court enter a scheduling order setting a schedule for summary judgment briefing in this matter. Having reviewed the Joint Motion, the Local Rules, and the relevant law, the Joint Motion is **GRANTED**. It is hereby **ORDERED** as follows:

1. Defendants shall certify and produce the administrative record by **December 12, 2025**;

2. Plaintiffs shall file a motion for summary judgment by **January 23, 2026**;

3. Defendants shall file an opposition and cross-motion for summary judgment by **February 27, 2026**;

4. Plaintiffs shall file an opposition and reply by **March 20, 2026**;

5. Defendants shall file a reply by **April 3, 2026**;

6. Defendants' deadline to answer Plaintiffs' Complaint shall be extended to 30 days following the Court's resolution of the parties' cross-motions for summary judgment.

                                                                         NATHANIEL M. GORTON
                                                                         United States District Judge

Date: _____, 2025