AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | |
|---|---|
| STATE OF CALIFORNIA, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| ROBERT F. KENNEDY, JR., et al. | ) |
| *Defendant* | ) |

Case No.    1:25-cv-12019-NMG

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants                                                                                      .

Date:    12/03/2025

/s/ Jordan A. Hulseberg
*Attorney's signature*

Jordan A. Hulseberg, D.C. Bar No. 90033542
*Printed name and bar number*

United States Department of Justice
Civil Division - Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
*Address*

Jordan.A.Hulseberg2@usdoj.gov
*E-mail address*

(202) 598-3856
*Telephone number*

*FAX number*