UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-12019-NMG |

## NOTICE OF PRODUCTION

Today, December 12, 2025, at approximately 5:55 p.m. EST, Defendants produced the complete Administrative Record for the Department of Health and Human Services' final rule entitled *Patient Protection and Affordable Care Act: Marketplace Integrity and Affordability*, CMS 9884-F, published in the Federal Register at 90 Fed. Reg. 27,074, to Plaintiffs' counsel by way of an email containing a Box link. Attached to this Notice is the Index of the Administrative Record and its Certification. Given the voluminous nature of the Administrative Record, well over 30,000 pages and multiple gigabytes of digital storage space, Defendants were unable to upload the Administrative Record to CM/ECF. However, by close of business Monday, December 15, 2025, Defendants will mail a thumb drive containing the Administrative Record to the Court and to Plaintiffs.

DATED: 12/12/25

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC B. BECKENHAUER
Assistant Director

1

Federal Programs Branch

*/s/ Jordan A. Hulseberg*
JORDAN A. HULSEBERG
(DC Bar No. 90033542)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-385