**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

STATE OF CALIFORNIA, *et al.,*

    *PLAINTIFFS,*

    v.

ROBERT F. KENNEDY, Jr., *et al.*,

    *DEFENDANTS.*

Civil Action No.: 25-cv-12019

## [PROPOSED] ORDER

The Court has considered the parties' joint motion for leave to file excess pages and for

miscellaneous relief, filed January 7, 2026. It is hereby

**ORDERED** that the parties shall be permitted to file briefs in connection with their

motions for summary judgment of the following lengths:

- Plaintiffs' opening motion for summary judgment: 30 pages

- Defendants' opposition and cross-motion for summary judgment: 35 pages

- Plaintiffs' opposition and reply: 25 pages

- Defendants' reply: 20 pages

It is further

**ORDERED** that the requirement for a statement of material fact under Local Rule 56.1 is

hereby waived for all Parties.

Dated: __Jan 9__, 2026

NATHANIEL M. GORTON
United States District Judge