**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| THE STATE OF CALIFORNIA, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>ROBERT F. KENNEDY, in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-12019-NMG |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants respectfully move to extend their deadline to file a Reply in support of their Cross-Motion for Summary Judgment, currently due Friday, April 3, 2026, by seven days, to Friday, April 10, 2026. Undersigned counsel's component of the Department of Justice's Civil Division is facing an unusually large caseload of emergency motions, and over the next fourteen days undersigned counsel is responsible for submitting four significant briefs in this and other cases. Defendants respectfully submit that these resource constraints constitute good cause for this brief extension.

Undersigned counsel consulted with counsel for Plaintiffs, whose position is as follows: "While Plaintiffs do not oppose the requested relief, they respectfully request that an argument date be set shortly on the parties' cross-motions." Defendants rest on the extensive briefing in this case and defer to the Court on whether a hearing is necessary on the parties' cross-motions. However, if the Court wishes to hold a hearing, Defendants will be ready to present argument.

Dated: March 31, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division


ERIC BECKENHAUER
Assistant Director, Federal Programs Branch

/s/ *Jordan A. Hulseberg*
JORDAN A. HULSEBERG (DC Bar No.
90033542)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 598-3856
Email: Jordan.A.Hulseberg2@usdoj.gov

*Counsel for Defendants*