C A L I F O R N I A

**DEPARTMENT OF JUSTICE**

*Rob Bonta*
*Attorney General*

600 WEST BROADWAY, SUITE 1800
SAN DIEGO, CA 92101

Public:  (619) 738-9000
Telephone:  (619) 738-9543
E-Mail:  Sean.McGuire@doj.ca.gov

June 16, 2026

**VIA CM/ECF**

Robert M. Farrell
Clerk of Court
U.S. District Court for the District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

RE:  *State of California, et al. v. Robert F. Kennedy, Jr., et al.*, Case No. 1:25-cv-12019

Dear Mr. Farrell:

The Plaintiff States in the above-captioned matter write to notify the Court of a recent decision issued by the U.S. District Court for the District of Maryland on cross-motions for summary judgment in *City of Columbus, et al., v. Robert F. Kennedy, Jr., et al.*, Case No. 1:25-cv-02114-BAH (D. Md. June 12, 2026). The decision vacates several provisions of the same federal regulation that Plaintiff States have challenged in this matter.

As relevant here, the District of Maryland vacated, under Section 706 of the Administrative Procedure Act (Title 5 U.S.C.), the following provisions of the Final Rule:

1.  The provision amending the failure-to-reconcile policy (45 C.F.R. § 155.305(f)(4));

2.  The provision pertaining to the $5 charge for certain automatic re-enrollees (45 C.F.R. § 155.335(a)(3) and (n));

3.  The provision pertaining to guaranteed coverage for individuals with past-due premiums (45 C.F.R. § 147.104(i));

4.  The provision pertaining to eligibility verification for the special enrollment period (45 C.F.R. § 155.420(g));

5.  The provisions pertaining to income verification requirements when attested income differs from other data sources, or when such other data is missing (45 C.F.R. §§ 155.320(c)(3)(iii) and (c)(5));

June 16, 2026
Page 2

6. The provisions pertaining to *de minimis* ranges for actuarial value calculations (45 C.F.R. §§ 156.140(c), 156.200(b)(3), and 156.400); and

7. The provision pertaining to the open enrollment period (45 C.F.R. § 155.410(e) and (f)).

The court denied the plaintiffs' motion to vacate the provision adjusting the premium adjustment percentage calculation methodology.

Here, Plaintiffs have asked this Court to vacate these same provisions, as well as one additional provision that was not challenged in *City of Columbus*: the Defendants' attempted modification to the regulations pertaining to essential health benefits. Pls.' Mot. for Summ. J. 27-30, ECF 120-1. The Parties' cross-motions for summary judgment are fully briefed.

Through below-signed counsel, Plaintiff States notified Defendants via email at 1:33 p.m. Eastern Time of their intent to submit this letter and provided a copy of this letter with that correspondence. Defendants stated they take no position with respect to this letter and reserve the right to respond.

Respectfully submitted,

*/s/ Sean C. McGuire*

NELI PALMA
    Senior Assistant Attorney General
KATHLEEN M. BOERGERS
NIMROD PITSKER ELIAS
    Supervising Deputy Attorneys General
MARNIE G. GANOTIS
HILARY BURKE CHAN
SEAN C. MCGUIRE
    Deputy Attorneys General
600 West Broadway, Suite 1800
San Diego, California 92101
(619) 738-9543
Sean.McGuire@doj.ca.gov
*Attorneys for Plaintiff State of California*

June 16, 2026
Page 3

## CERTIFICATE OF SERVICE

I, Sean C. McGuire, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Sean C. McGuire
Deputy Attorney General
Counsel for Plaintiff State of California