**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| THE STATE OF CALIFORNIA, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>ROBERT F. KENNEDY, in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-12019-NMG |

**DEFENDANTS' UNOPPOSED MOTION TO RESCHEDULE HEARING**
**DUE TO CONFLICT**

Due to a conflict with a previously scheduled hearing in another case, Defendants respectfully move to reschedule this Court's hearing on the parties' Cross-Motions for Summary Judgment, currently scheduled for Wednesday, July 8, at 11 a.m., to any time on July 21, 22, 23, or 24.

Undersigned counsel must appear before Judge Brendan A. Hurson in the District of Maryland on July 8 at 1 p.m. for a hearing on a motion for a preliminary injunction in *City of Columbus v. Kennedy*, No. 26-2215 (D. Md.), the date and time of which were set on June 15. Accordingly, undersigned counsel, who has sole responsibility for the case, is unable to appear before this Court on July 8. Defendants respectfully submit that this scheduling conflict demonstrates good cause to reschedule the Court's hearing.

Undersigned counsel consulted with counsel for Plaintiffs, who do not oppose rescheduling this hearing and have confirmed their availability for the proposed dates.

Dated: June 29, 2026

Respectfully submitted,

BRETT A. SHUMATE

1

Assistant Attorney General
Civil Division

ERIC BECKENHAUER
Assistant Director
Federal Programs Branch

/s/ *Jordan A. Hulseberg*
JORDAN A. HULSEBERG
(DC Bar No. 90033542)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 598-3856
Email: Jordan.A.Hulseberg2@usdoj.gov

*Counsel for Defendants*

2